IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOE RANGER PICKETT, #128361, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 2:11cv923-WHA |
| | ) |
| JUDGE SAMUEL H. WELCH, et al., | )           (WO) |
| | ) |
| Respondents. | ) |

### **ORDER**

No timely objection having been filed to the Recommendation of the Magistrate Judge (Doc. #3), entered on November 3, 2011, the Recommendation is ADOPTED, and it is hereby

ORDERED that this case is DISMISSED without prejudice for the Plaintiff's failure to pay the full filing fee upon initiation of this case.

DONE this 1st day of December, 2011.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE