IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOE RANGER PICKETT, #128361, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 2:11cv923-WHA |
| | ) |
| JUDGE SAMUEL H. WELCH, et al., | ) (WO) |
| | ) |
| Respondents. | ) |

**JUDGMENT**

In accordance with the ordered entered by the court on this day,

Final Judgment is entered in favor of the Respondents and against the Petitioner, and this case is DISMISSED without prejudice.

DONE this 1st day of December, 2011.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE